UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

Case No.

CHELSEA SLACK,

     Plaintiff,

vs.

MIDLAND CREDIT MANAGEMENT, INC.,

     Defendant.

_____/

## **NOTICE OF REMOVAL OF CIVIL ACTION**

Defendant Midland Credit Management, Inc. ("<u>MCM</u>" or "<u>Defendant</u>") hereby files this Notice of Removal, pursuant to 28 U.S.C. §§ 1331 and 1441, and removes to the United States District Court for the Southern District of Florida, Miami Division, this cause of action currently pending in the County Court of the Eleventh Judicial Circuit in and for Miami-Dade County, Florida, styled *Slack v. Midland Credit Management, Inc.,* Case No. 2026-081225-CC-05 (the "<u>State Court Action</u>"), on the following grounds:

1. This Notice of Removal is founded and based upon a federal question pursuant to 28 U.S.C. §§ 1331 and 1441. Plaintiff Chelsea Slack ("Plaintiff") originally filed this civil action on or about June 19, 2026, in the County Court of the Eleventh Judicial Circuit in and for Miami-Dade County, Florida.  Plaintiff is seeking monetary damages from Defendant.  As required by 28 U.S.C. § 1446(a), a copy of the process, pleadings, orders and other documents presently contained in the state court file and available for copying are attached to this Notice as Composite Exhibit "A."

A.    **CONSENT TO REMOVAL**

2. Defendant consents to the removal of this matter to this Court.

**B.**     **TIMELINESS OF REMOVAL**

3. Midland was served on July 2, 2025. Accordingly, this Notice of Removal is timely filed within thirty (30) days of the date of service pursuant to 28 U.S.C. § 1446(b).

**C.**     **THE VENUE REQUIREMENT IS MET**

4. Venue of this removal is proper under 28 U.S.C. § 1441(a) because this Court is the United States District Court for the district and division corresponding to the place where the state-court action is pending.

**D.**     **FEDERAL QUESTION AT ISSUE**

5. Plaintiff alleges purported claims under the Fair Debt Collection Practices Act 15 U.S.C. § 1692, *et seq*. ("FDCPA") and the Fair Credit Reporting Act, 15 U.S.C. § 1681, *et seq.* ("FCRA"). *See* Complaint. ¶¶ 1, 71-75, 77-81, 83-88, 90-94, 96-105, 107-115.

6. Plaintiff's Complaint is removable to the United States District Court for the Southern District of Florida because the Complaint presents a federal question. Specifically, 28 U.S.C. § 1331 provides that "district courts shall have original jurisdiction over all civil actions arising under the Constitution, laws, or treaties of the United States." *See* 28 U.S.C. § 1331. Plaintiff's claims under the FDCPA provide the basis for this Court's jurisdiction as he has brought suit under the laws of the United States. Accordingly, Defendant is entitled to remove this action in accordance with 28 U.S.C. § 1441(a).

**E.**     **NOTICE TO PARTIES AND TO THE CIRCUIT COURT**

7. Written notice of the filing of this Notice of Removal is being served on Plaintiff, and a copy of this Notice of Removal is being filed with the Clerk of the County Court of the Eleventh Judicial Circuit in and for Miami-Dade County, Florida, in compliance with 28 U.S.C. 1446(d).

WHEREFORE, Defendant requests that the above-styled action now pending against them in the County Court of the Eleventh Judicial Circuit in and for Miami-Dade County, Florida, be removed to this Court.

Dated: July 31, 2026.

Respectfully submitted,

By: _s/ Cory W. Eichhorn_____
    Florida Bar No. 576761
    cory.eichhorn@hklaw.com
    Sydney B. Alexander
    Florida Bar No. 1019569
    sydney.alexander@hklaw.com
    HOLLAND & KNIGHT LLP
    701 Brickell Avenue, Suite 3300
    Miami, FL 33131
    Telephone: (305) 374-8500
    Facsimile: (305) 789-7799
    *Counsel for Midland Credit Management, Inc.*

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 31st day of July 2026, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.  I also certify that the foregoing document is being served this day on all counsel on the Service List below, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

*s/Cory W. Eichhorn*
Cory W. Eichhorn

## **SERVICE LIST**

Talal Rashid
talal@pzlg.legal
Victor Zabaleta
victor@pzlg.legal
PATTI ZABALETA LAW GROUP
110 SE 6th Street, 17th Floor
Fort Lauderdale, FL 33301
Telephone: (305) 332-6201
*Counsel for Plaintiff*